AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>Angelo Pacheco<br><br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case: 1:23-mj-169
Assigned To: Magistrate Judge Zia M. Faruqui
Assign. Date: 7/14/2023
Description: Complaint with Arrest Warrant

## ARREST WARRANT

To:     Any authorized law enforcement officer

        **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* _____ Angelo Pacheco _____ ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☒ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds;
18 U.S.C. §§ 1752(a)(2) Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) Disorderly Conduct in a Capitol Building;
40 U.S.C. §§ 5104(e)(2)(G) Parading, Demonstrating, or Picketing in a Capitol Building.

2023.07.14
12:30:19 -04'00'

Date:     _____07/14/2023_____                              _____
                                                                                      *Issuing officer's signature*

City and state:     _____Washington, D.C._____                 Zia M. Faruqui, U.S. Magistrate Judge
                                                                                      *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 7/14/23 , and the person was arrested on *(date)* 7/17/23<br>at *(city and state)*  Kansas City, MO . <br><br>Date: 7/17/23                                      _____<br>                                                                        *Arresting officer's signature*<br><br>                                                                        SA Simon Golob<br>                                                                        *Printed name and title* |